PD-1104&1105-17

PD-1104-17
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/5/2017 8:24 PM
Accepted 10/6/2017 10:47 AM
DEANA WILLIAMSON
CLERK

CAUSE NOS. 07-16-00411-CR & 07-16-00412-CR

| | | |
|---|---|---|
| LUIS DANIEL AYALA | § | IN THE COURT OF |
| | § | COURT OF CRIMINAL APPEALS |
| | § | 10/6/2017 |
| v. | § | CRIMINAL APPEALS |
| | § | |
| STATE OF TEXAS | § | OF TEXAS |

FILED
COURT OF CRIMINAL APPEALS
10/6/2017
DEANA WILLIAMSON, CLERK

# MOTION FOR EXTENSION OF TIME
# TO FILE THE PETITION FOR
# DISCRETIONARY REVIEW

**To the Honorable Judges of the Court of Criminal Appeals:**

COMES NOW Luis Daniel Ayala, Petitioner, and files this motion to extend the time to file his PDR to November 4, 2017.

## I.

The court of appeals overruled the petitioner's motion for rehearing on September 5, 2017. No prior motion has been filed to extend time for a PDR.

## II.

The reason for this request is as follows: Undersigned counsel represents many other clients on appeal and parole revocation proceedings, and has not until now had time to prepare the PDR in this case.

WHEREFORE, the Petitioner prays the Court grant an extension of time to file his PDR to November 4, 2017.

Respectfully submitted,

/s JOHN BENNETT
John Bennett
Post Office Box 19144
Amarillo, Texas 79114
(806) 282-4455
Fax: (806) 398-1988
State Bar Number 00785691
Email: AppealsAttorney@gmail.com
Attorney for the petitioner

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above Motion has been served on Chris Strowd, Esq., Deaf Smith County Assistant Criminal District Attorney, email to him at cstrowd@gmail.com, and on Stacy Soule, Esq., State Prosecuting Attorney, by email to her at information@spa.texas.gov, both on October 5, 2017.

/s JOHN BENNETT
John Bennett